# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WILLIAM FEISTER, | : | No. 434 MAL 2015 |
| Petitioner | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| WORKERS' COMPENSATION APPEAL BOARD (MELLINGER TRANSPORTATION, INC. AND DONALD MELLINGER TRUCKING), | : | |
| Respondents | : | |
| NORGUARD INSURANCE COMPANY, | : | |
| Intervenor | : | |

| | | |
|---|---|---|
| WILLIAM FEISTER | : | No. 475 MAL 2015 |
| v. | : | |
| WORKERS' COMPENSATION APPEAL BOARD (MELLINGER TRANSPORTATION, INC. AND DONALD MELLINGER TRUCKING), NORGUARD INSURANCE COMPANY, | : | Cross Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Intervenor | : | |
| CROSS PETITION OF: MELLINGER TRANSPORTATION, INC. | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of November, 2015, the Petition for Allowance of Appeal and Cross Petition for Allowance of Appeal are **DENIED**.